1  ROBERT S. MCLAY (SBN 176661)
2  CHERIE M. SUTHERLAND (SBN 217992)
   **HAYES, DAVIS, ELLINGSON, McLAY & SCOTT**
3  400 Capitol Mall, 9th Floor
   Sacramento, California  95814
4  Telephone:  916/449-3958
   Facsimile:  916/449-8257
5

6  Attorneys for Plaintiff
7  STATE FARM LIFE INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10                            SACRAMENTO DIVISION
11

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARI VIVIAN, individually, KERIN JOHNSTON, individually, LISA STEED, individually, LYNNE ANDREW, individually, JONNA COBB, individually,<br><br>Defendants. | CASE NO.  2:05-CV-01738-WBS-PAN<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISCHARGE AND DISMISSAL**<br><br>**[28 U.S.C. § 2361 and Federal Rules of Civil Procedure, Rule 41(a)(1)]** |

       IT IS HEREBY STIPULATED by plaintiff STATE FARM LIFE INSURANCE COMPANY ("STATE FARM") through its attorney of record, Cherie M. Sutherland of Hayes, Davis, Ellingson, McLay & Scott and defendant CARI VIVIAN through her attorney of record John D. Broghammer of Greve, Clifford, Wengel & Paras LLP and defendants KERIN JOHNSTON, LISA STEED, LYNNE ANDREW and JONNA COBB through their attorney of record Richard J. Edson of the Law Offices of Richard J. Edson, that STATE FARM be discharged, pursuant to 28 U.S.C. § 2361, from further liability to any and all the defendants named herein under the allegations of the Complaint in Interpleader, and further, that STATE FARM be discharged and relieved of

-1-

**STIPULATION AND [PROPOSED] ORDER OF DISCHARGE AND DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com

further responsibility in said action and that defendants be permanently enjoined from the further assertion of claims relating to the $186,418.31 from Group Life Policy 2,745,632 covering John Vivian's life (proceeds deposited with this Court on August 29, 2005) and that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), AS TO PLAINTIFF STATE FARM ONLY and each party bearing their own attorneys' fees and costs.

Dated: January _____, 2006     LAW OFFICES OF RICHARD J. EDSON


By _____/S/_____
    RICHARD J. EDSON
    Attorney for Defendants
    KERIN JOHNSTON, LISA STEED, LYNNE
    ANDREW and JONNA COBB

Dated: January _____, 2006     GREVE, CLIFFORD, WENGEL & PARAS LLP


By _____/S/_____
    JOHN D. BROGHAMMER
    Attorney for Defendant
    CARI VIVIAN

Dated: January _____, 2006     HAYES, DAVIS, ELLINGSON, McLAY & SCOTT, LLP


By _____/S/_____
    ROBERT S. McLAY
    CHERIE M. SUTHERLAND
    Attorneys for Plaintiff
    STATE FARM LIFE INSURANCE COMPANY

-2-

**STIPULATION AND [PROPOSED] ORDER OF DISCHARGE AND DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com

-3-

1
2 **ORDER**
3     IT IS SO ORDERED.
4
5
6 Dated: February 9, 2006
7 _____
   WILLIAM B. SHUBB
8 UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

**STIPULATION AND [PROPOSED] ORDER OF DISCHARGE AND DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com