UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

STATE FARM LIFE INSURANCE COMPANY, an Illinois Corporation,

        Plaintiff,

   v.

CARI VIVIAN, individually, KERIN JOHNSTON, individually, LISA STEED, individually, LYNNE ANDREW, individually, JONNA COBB, individually,

        Defendant(s).

NO. CIV. S-05-1738 WBS PAN

ORDER

----oo0oo----

Defendant Cari Vivian is hereby granted an extension of time, to and including August 28, 2006, in which to file and serve a response to plaintiff's crossclaim filed June 5, 2006.

DATED: July 28, 2006

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE