IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STATE FARM LIFE INSURANCE
COMPANY, an Illinois corporation,

    Plaintiff,               No. CIV S-05-1738 WBS PAN

  vs.

CARI VIVIAN, et al.,

    Defendants.           ORDER

_____/

        Cross-claimants Kerin Johnston, Lisa Steed, Lynne Andrew and Jonna Cobb' filed a motion to compel discovery responses which came on regularly for hearing August 17, 2006. Cross-defendant Cari Vivian made no appearance. Ross R. Nott appeared for cross-claimants. Upon review of the motion and the documents in support, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Cross-claimants' motion to compel is granted. Any objections to the discovery requests are waived by virtue of cross-defendant Cari Vivian's failure to respond. Richmark Corp. v. Timber Falling Consultants, 959 Fed. 2d 1468, 1473 (9th Cir. 1992). Cross-defendant Cari Vivian shall respond to special interrogatories, set one, and request for production of documents, set one; said answers and responses shall be made and served ten days from the date of this order.

1

1     Cross-defendant Cari Vivian shall also pay cross-claimants' counsel, Ross R.
2 Nott, expenses in the amount of $2,100.00.

3 DATED: August 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; statefarm.oah