**LAPLANTE, SPINELLI & DONALD**
*a professional corporation*
815 S Street, Second Floor
Sacramento, California 95814
TELEPHONE (916) 448-7888 - FAX (916) 448-6888

**Ross R. Nott, Esq. (State Bar No. 172235)**
**Shann S. Kennedy, Esq. (State Bar No. 230884)**
Attorneys for Defendants LYNNE ANDREW, JONNA COBB, LISA STEED and KERIN JOHNSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

----ooOoo----

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARI VIVIAN, individually, KERIN JOHNSTON, individually, LISA STEED, individually, LYNNE ANDREW, individually, JONNA COBB, individually,<br><br>Defendants.<br>_____/ | Case No. CIV. S-05-1738 WBS EFB<br><br>*AMENDED* [PROPOSED] **ORDER ON STIPULATION FOR ORDER EXTENDING TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Courtroom: 25<br><br>Complaint Filed: 08/25/2005<br>Trial Date: 01/30/2007 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants KERIN JOHNSTON, LISA STEED, LYNNE ANDREW and JONNA COBB's Ex Parte Application for Order Extending Time to File a Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that Defendants KERIN JOHNSTON, LISA STEED,

1

1. LYNNE ANDREW and JONNA COBB have until on or before November 20, 2006, to file a
2. Motion for Summary Judgment.
3.       IT IS FURTHER ORDERED that Defendants KERIN JOHNSTON, LISA STEED,
4. LYNNE ANDREW and JONNA COBB's Motion for Summary Judgment will be heard on
5. **December 11, 2006 at 1:30 p.m.** in Courtroom 5 of the above entitled court.
6.       IT IS FURTHER ORDERED that the current Pre-Trial Conference date of November
7. 20, 2006, is continued to **February 12, 2007 at 1:30 p.m.** in Courtroom 5 of the above entitled
8. court.
9.       IT IS FURTHER ORDERED that the trial scheduled for January 30, 2007, is continued
10. to **April 3, 2007 at 9:00 a.m.** in Courtroom 5 of the above entitled court.
11.
12. DATED:  November 13, 2006
13.
14. _____
    WILLIAM B. SHUBB
15. UNITED STATES DISTRICT JUDGE

AMENDED [PROPOSED] ORDER ON EX PARTE APPLICATION FOR ORDER EXTENDING TIME FOR MOTION FOR SUMMARY JUDGMENT