UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

STATE FARM LIFE INSURANCE COMPANY

    v.

CARI VIVIAN, et al.,

_____

DEFAULT JUDGMENT

Case No. CIV S-05-1738 WBS EFB PS

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against:

**CARI VIVIAN**

and in favor of defendants Johnston, Steed, Cobb, and Andrew in the amount of $4,725.00.

February 6, 2007

VICTORIA C. MINOR, CLERK

By:  /s/ Tiffany C. Brown
TIFFANY C. BROWN, Deputy Clerk