**LAPLANTE, SPINELLI, DONALD & NOTT**
*a professional corporation*
815 S Street, Second Floor
Sacramento, California 95814
TELEPHONE (916) 448-7888 - FAX (916) 448-6888

**Ross R. Nott  (State Bar No. 172235)**
Attorneys for Defendants LYNNE ANDREW,
JONNA COBB, LISA STEED
and KERIN JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois Corporation,<br><br>                Plaintiff,<br><br>   vs.<br><br>CARI VIVIAN, et al.,<br><br>                Defendants.<br>_____/ | Case No. CIV. S-05-1738 WBS EFB<br><br>ORDER FOR DISBURSEMENT |

Pursuant to the Order of the Court dated February 5, 2007, striking the answer and claim of defendant Cari Vivian to any portion of the $186,418.31 interpled by plaintiff State Farm Life Insurance Company, and the Judgment entered on February 6, 2007, the court issues this order for disbursement.  The funds interpled by plaintiff plus accrued interest, less the registry service fee, shall be disbursed to defendants Kerin Johnston, Lisa Steed, Lynne Andrew, and Joanna Cobb, in a single draft made payable to "Kerin Johnston, Lisa Steed, Lynne Andrew, and Joanna Cobb," which shall be sent care of those defendants' counsel, Ross R. Nott, at Laplante, Spinelli, Donald & Nott, 815 S Street, Second Floor, Sacramento, CA  95814.

1  DATED:  April 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE